IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUNG BEA HAN,
    Appellant,

vs.                                      Case No.: 3:06cv474/MCR/EMT

GE CAPITAL SMALL BUSINESS
FINANCE CORPORATION,
    Appellee.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon Appellant's notice of appeal from two orders of the Bankruptcy Court (Doc. 2). However, Appellant failed to file a designation of the record on appeal as required by Bankruptcy Rule 8006 (*see* Doc. 2, attach. 1, Bankruptcy Transmittal Sheet; *see also id.*, attach. 8, Certified Docket Report from Bankruptcy Proceeding, Doc. 55). Therefore, this action is subject to dismissal. See <u>In re: Dennis & Linda Martin</u>, Case No. 3:00cv008/LAC (N.D. Fla. Feb. 8, 2000) ((Doc. 2) order of dismissal for failure to file designation as required by Rule 8006).

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED**.

    At Pensacola, Florida this <u>17</u>th day of November 2006.

                                        <u>/s/ *Elizabeth M. Timothy*</u>
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:06cv474/MCR/EMT