### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JUNG BEA HAN,
    Appellant,

vs.                                           Case No.:  3:06cv474/MCR/EMT

GE CAPITAL SMALL BUSINESS
FINANCE CORPORATION,
    Appellee,
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 17, 2006.  Appellant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED**.

**DONE AND ORDERED** this 21st day of December, 2006.

                                  _s/ M. Casey Rodgers_
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**